FILED
2018 MAY -1 PM 12: 30
DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | JUDGE NUGENT |
| v. | ) | |
| | ) | CASE NO. 1:18 CR 214 |
| DANIEL E. HALE, | ) | |
| | ) | Title 18, Section 922(g)(1), |
| Defendant. | ) | United States Code |

COUNT 1
(Felon in Possession of Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1))

The Grand Jury charges:

On or about December 15, 2016, in the Northern District of Ohio, Eastern Division, Defendant DANIEL E. HALE, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Attempted Rape and Cultivating Marijuana, on or about June 8, 1994, in Case Number 94-CR-0035, in Richland County Common Pleas Court, in the Northern District of Ohio, did knowingly possess in and affecting interstate commerce, firearms and ammunition, to wit: a Remington Arms, Model SP-10, 10 gauge shotgun, bearing serial number RM003935, a Raven Arms, Model P-25, .25 caliber pistol, bearing serial number 1604624, fifty (50) rounds of 10 gauge ammunition, thirteen (13) rounds

of .25 caliber ammunition, and forty-five (45) rounds of .25 caliber ammunition, all in violation of Title 18, United States Code, Sections 922(g)(1).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.