To: Honorable Judge Naugle
From: Daniel E. Kale
77643061
NEOCC
2240 Hubbard Rd.
Youngstown, OH 44505

Case # 1:18 CR 214

Honorable Judge,

I am soon to appear before you to be sentenced for violation of the law. Thank you for taking the time to read my letter as my oratory skills are lacking. First I would like to apologise to this court for having the cause to come before you.

Since my incarceration on May 26th, 2018 I have been afforded the opportunity to examine and reflect upon my life, my actions and its consequences.

This case is a direct result from property inherited from my mother upon her passing. Including were firearms that I was aware that I could not possess. I felt pressured to dispose of them and admittedly I did not think my actions through as I was faced with conflicting emotions at this fraught time.

I was raised by adoptive parents since I was 6 months old. Unfortunately my "parents" were dysfunctional people. I was the target of emotional, physical and even sexual abuse. At 12 or 13 years old I attempted suicide seeking some relief. At this time I saw a psychologist for 6 months, but it had little help and was rather counter productive, as he too continued sexual advances the entire time. One year later Mr. David Hunter from 'The Family Center' was convicted of sexual abuse of multiple young clients.

Excape and reprieve came from acceptance into the U.S. Navy. I remained at the service of my country (honorably) in active, reserve and finally inactive reserve from 1982-1988. In 1997 I began a different battle in my life called Melanoma Cancer Syndrome among other health issues. During this time I was impeled to seek and find my birth parents. By chance I was united with my birth mother in 2004 and we began to nuture our bonds. It was the first time in my life I experienced unconditional love and it was a healing process for us both.

My birth mother was diagnosed with cancer in 2015 and I was blessed to be able to care for her for the year she fought and lost her battle in 2016. Losing her destroyed me mentally and emotionally. My grief was profound and debilitating. I had to seek counseling at this time.

It was during this dark and despairing time that I met and came to care for and love the future mother of my only child. I was trying with all my ability to extend the unconditional love I was so recently taught.

After several months Jessica became pregnant with our daughter D▇▇ and I had become aware of her addiction. I encourage and supported her in treatment as we were both happy and excited to finally have a family.

Addiction robs one of everything beautiful in life. Jessica's opioid addiction and my inability to protect her and my daughter robbed us of D▇▇ in March of 2018. It is a trauma that I will forever have to live with.

But for my faith in God and the knowledge that D▇▇ will be ahead waiting for me has given me the strength to endure.

I pray your Honor will consider and afford me a lienient sentance, as an extended term of Incarceration would mostly serve to eschew the necessary treatments of the inevitable reocurring of my cancers. Recidivism would be extremely slim for a man of my age and health conditions. I beg your Honor would hasten my return as I believe I have much life and health left to contribute to my community.

I thank your Honor once again for taking the time to read this letter as my grammer is better than my verbal skills at present.

Respectfully Submitted,
Daniel E. Hale

DEFENDANT'S EXHIBIT A-2